

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2017

No. 04-17-00045-CV

**In re ATW INVESTMENTS, INC.**, Brian Payton, Ying Payton, and American Dream
Renovations and Construction, LLC,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-00545
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Sitting:       Karen Angelini, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

The real parties-in-interest have filed a motion for extension of time to file their response. The motion is GRANTED. Any response by the real parties-in-interest is due on February 13, 2016.

It is so **ORDERED** on February 7, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk